IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THIERNO ABBAS BALDE,<br><br>Petitioner,<br><br>v.<br><br>LEONARD ODDO, Warden, Moshannon Valley Processing Center, et al.,<br><br>Respondents. | NO. 3:26-CV-087<br><br>DISTRICT JUDGE STEPHANIE L. HAINES |

## CASE MANAGEMENT ORDER (COUNSELED)

The Court orders as follows:

1. **Service.** Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at: usapaw.civ.imm.2241.moshannon@usdoj.gov. The subject line of the email shall contain the case caption and case number of this case. If the Petition contains voluminous exhibits, they need not be emailed.[1] The email service shall be deemed sufficient to accomplish formal service of the Petition. <u>No other documents, pleadings, or motions may be emailed to this email address.</u>

2. **Certificate of compliance of service.** Upon completion of service via e-mail as reflected in Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of service.

3. **Respondents' counsel notice of appearances.** Counsel for Respondents shall file a notice of appearance within **3 days** of the filing of Petitioner's Certificate of Compliance of Service.

4. **Respondents' responses to the petition.** Respondents shall file any responses or answers to the petition within **30 days** of the date of service.

DATED this 27TH day of January, 2026.

---

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondent's counsel.

- 2 -

BY THE COURT:

/s/ Stephanie L. Haines
United States District Judge